Filed 06/16/11　　　　　Case 11-34464　　　　　Doc 13

FILED
June 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003568161

Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
ARISTIDES G. TZIKAS, ESQ. (SBN 85822)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Debtor, STUART LANSING SMITS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STUART LANSING SMITS, | Case No. 11-34464-A-11 |
| Debtor. | **NOTICE OF RELATED CASE** |

**PLEASE TAKE NOTICE** that this case is related to the following case pursuant to Local Rule of Practice 1015(b):

Opaque Investors II, LLC　　　　　Case No. 11-34469-C-11

Dated: June 15, 2011　　　　　**MATHENY SEARS LINKERT & JAIME, LLP**

By: _____
ARISTIDES G. TZIKAS, ESQ.
Attorneys for Debtor, STUART LANSING SMITS

1

*NOTICE OF RELATED CASE*