Filed 03/23/12     Case 11-34464     Doc 108

FILED
March 23, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004141156

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
ARISTIDES G. TZIKAS (SBN 85822)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Debtor, STUART LANSING SMITS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STUART LANSING SMITS,<br><br>Debtor. | Chapter 7<br><br>Case No. 11-34464-A-7<br><br>DCN: AGT-7<br><br>DEBTOR'S OBJECTION TO CLAIM NUMBER 26 OF PACIFIC COAST EXPLORATION, LLC<br><br>Date: April 23, 2012<br>Time: 10:00 a.m.<br>Dept.: A: Ctrm 28, 7th Floor |

Debtor, STUART LANSING SMITS, hereby objects to the following claim, a true and correct copy of which is submitted herewith:

<u>Claimant</u>: Pacific Coast Exploration, LLC

<u>Claim No.</u>: 26

Claim Amount: $855,000.00

<u>Date Claim Filed</u>: October 12, 2011

<u>Classification of Claim</u>: General, unsecured

<u>Basis for the Objection</u>: Debtor objects to this claim on the basis that:

1

*DEBTOR'S OJBECTION TO CLAIM NO. 26*

1. It is duplicative. Three (3) other claims in the exact amount and on the same claimed basis were simultaneously filed.
2. There is no factual basis for the claims which are claimed to be based on "embezzlement and legal malpractice."

**Wherefore**, Debtor respectfully request that this Court enter and order sustaining Debtor's objection and denying this claim in its entirety.

Dated: March 23, 2012

**MATHENY SEARS LINKERT & JAIME, LLP**

By: _____
ARISTIDES G. TZIKAS, ESQ.
Attorneys for STUART LANSING SMITS, Debtor

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Eastern District of California | PROOF OF CLAIM |

Name of Debtor: STUART LANSING SMITS

Case Number: 11-34464-A-11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Pacific Coast Exploration, LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Gary W. Gorski
1207 Front Street, Suite 15
Sacramento, CA 95814

Telephone number: 916-965-6800

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $: 855,000

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Embezzlement/Legal Malpractice
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** SLS

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim:** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of property: $ _____    Annual Interest Rate: _____ %

Amount of arrearage and other charges as of the time case filed included in secured claim,
if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(____).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this case has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of 'redacted' on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 10/12/2011    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file the claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Lester Cufaude, Managing Member    /s/Lester Cufaude

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FILED
October 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003831047

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Eastern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: STUART LANSING SUITS | Case Number: 11-34464-A-11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Pacific Coast Exploration LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Gary W. Gorski
1207 Front Street, Suite 15
Sacramento, CA 95814

Court Claim Number: _____
(If known)

Telephone number: 916-065-6800

Filed on: _____

Name and address where payment should be sent (if different from above):

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 655,000

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Embezzlement/Legal Malpractice
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: SLS

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim: (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of property: $ _____    Annual Interest Rate: _____ %

Amount of arrearage and other charges as of the time case filed included in secured claim,
if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Date: 10/12/2011    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file the claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Lester Cufaude, Managing Member    /s/ Lester Cufaude

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.