MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:    916.441.7597
Email: mgorton@boutinjones.com
        tmouzes@boutinjones.com

Special Counsel for Chapter 7 Trustee
Kimberly Husted

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

In re

STUART LANSING SMITS,

           Debtor.

**Case No. 2011-34464-A-7**

TGM-13

**ORDER APPROVING COMPROMISE OF CONTROVERSIES, AND RELATED SETTLEMENT AGREEMENT**

Date:      June 2, 2014
Time:     10:00 a.m.
Dept:      Crtrm 28, 7th Floor
Judge:    Honorable Michael S. McManus

The Motion for Approval of Compromise of Controversies, and Related Settlement Agreement ("Motion"), filed by KIMBERLY J. HUSTED, the Chapter 7 Trustee herein ("Trustee"), came on regularly for hearing on June 2, 2014, at 10:00 a.m., in Courtroom 28 of the above-entitled court, the Honorable Michael S. McManus presiding. Thomas G. Mouzes of Boutin Jones Inc. appeared on behalf of the Trustee. Other appearances were as stated on the record. Having considered the Motion, the pleadings and papers filed in support thereof, and opposition presented at the hearing, and proper notice of the Motion having been given and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein;

2. The compromise of controversies and the Agreement to Distribute Proceeds and

1

ORDER APPROVING COMPROMISE OF CONTROVERSIES, AND RELATED SETTLEMENT [AGREEME]NT

RECEIVED
June 05, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005229552

Filed 06/06/14     Case 11-34464     Doc 272

1. Settlement Agreement and Release of All Claims ("<u>Settlement Agreement</u>") described in the Motion are approved.

2. 3. The Trustee is authorized to execute the Settlement Agreement and any reasonably related documents to effect the purposes of the settlement.

3. 4. The Trustee is authorized to take all other appropriate actions in accordance with the terms of the Settlement Agreement.

4. 5. The Bankruptcy Court shall retain jurisdiction and power over any action, proceeding, dispute and/or matter arising under, arising out of, related to, or encompassed by the motion, the Settlement Agreement and/or this Order and any disputes or controversies arising in connection therewith or relating thereto, including without limitation, to resolve any action, proceeding, dispute or matter relating to enforcement or interpretation.

IT IS SO ORDERED.

Dated: June 06, 2014

By the Court

*/s/ Michael S. McManus*
Michael S. McManus
United States Bankruptcy Judge

ORDER APPROVING COMPROMISE OF CONTROVERSIES, AND RELATED SETTLEMENT AGREEMENT

615875.1