MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:　　916.441.7597
Email: mgorton@boutinjones.com
　　　　tmouzes@boutinjones.com

Special Counsel for Chapter 7 Trustee
Kimberly Husted

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>STUART LANSING SMITS,<br><br>　　　　　Debtor. | **Case No. 2011-34464-A-7**<br><br>TGM-13<br><br>**AMENDED ORDER APPROVING COMPROMISE OF CONTROVERSIES, AND RELATED SETTLEMENT AGREEMENT**<br><br>Date:　　June 2, 2014<br>Time:　　10:00 a.m.<br>Dept:　　Crtrm 28, 7th Floor<br>Judge:　Honorable Michael S. McManus |

The Motion for Approval of Compromise of Controversies, and Related Settlement Agreement ("Motion"), filed by KIMBERLY J. HUSTED, the Chapter 7 Trustee herein ("Trustee"), came on regularly for hearing on June 2, 2014, at 10:00 a.m., in Courtroom 28 of the above-entitled court, the Honorable Michael S. McManus presiding. Thomas G. Mouzes of Boutin Jones Inc. appeared on behalf of the Trustee. Other appearances were as stated on the record. Having considered the Motion, the pleadings and papers filed in support thereof, and opposition presented at the hearing, and proper notice of the Motion having been given, and in order to correct the reservation of jurisdiction mistaken included in the prior order, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

　　1.　　The Motion is granted as provided herein;

1

RECEIVED
June 09, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005232258

2. The compromise of controversies and the Agreement to Distribute Proceeds and Settlement Agreement and Release of All Claims ("<u>Settlement Agreement</u>") described in the Motion are approved.

3. The Trustee is authorized to execute the Settlement Agreement and any reasonably related documents to effect the purposes of the settlement.

4. The Trustee is authorized to take all other appropriate actions in accordance with the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: June 10, 2014

By the Court

Michael S. McManus
United States Bankruptcy Judge

2
AMENDED ORDER APPROVING COMPROMISE OF CONTROVERSIES, AND RELATED SETTLEMENT AGREEMENT
615875.1A